# In the United States Court of Federal Claims

No. 22-1732

Filed: August 18, 2025

|  |  |
|---|---|
| CENTER FOR EXCELLENCE IN HIGHER EDUCATION, INC., | ) ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ) ) |
| THE UNITED STATES, | ) ) ) |
| Defendant. | ) ) ) |

## ORDER

On August 13, 2025, the parties jointly moved for additional time to conduct fact discovery in this case. *See* Joint Status Report 1, ECF No. 46. For good cause shown, the Court **GRANTS** the motion and adopts the following schedule:

1. On February 27, 2026, fact discovery will close;

2. On or before April 3, 2026, parties shall file their expert reports, if any;

3. On or before May 7, 2026, parties shall file their expert rebuttal reports, if any;

4. On or before June 12, 2026, the parties shall complete expert discovery; and

5. On or before July 13, 2026, the parties shall file dispositive motions.

**IT IS SO ORDERED.**

s/ *Loren A. Smith*

Loren A. Smith,
Senior Judge